**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL S. STACY,<br><br>      Petitioner,<br><br>      v.<br><br>J. GASTELO, Warden,<br><br>      Respondent. | Case No. CV 17-5482-RGK (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 10, 2018

*Gary Klausner*
R. GARY KLAUSNER
U.S. DISTRICT JUDGE